**Order entered January 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01410-CV

### IN RE NUSRAT PERVEEN, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06933**

## ORDER

On December 22, 2017, the Court abated this cause following notification that a petition for bankruptcy concerning relator Nusrat Perveen had been filed in the United States Bankruptcy Court for the Northern District of Texas. Relator has informed the Court that the bankruptcy court lifted the automatic stay on January 5, 2018. Relator requests that this proceeding continue. We treat relator's request as a motion to reinstate this proceeding.

Because the stay has been lifted, the Court **GRANTS** the motion to reinstate, **LIFTS** the Court's December 22, 2017 abatement, and **DIRECTS** the Clerk of the Court to return this cause to the Court's active docket. *See* TEX. R. APP. P. 8.3(a).

/s/     ROBERT M. FILLMORE
         JUSTICE